UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
ALBERTO NIEVES,

                Plaintiff,

  -against-

NEW YORK CITY POLICE
DEPARTMENT, POLICE OFFICER
CARRASQUILLO, DETECTIVE DE
PAOLIS, SERGEANT MACKAY,
DETECTIVE MULROY, SERGEANT
RAGNI, POLICE OFFICER TASS,

                Defendants.

------------------------------------------------------- X

**ORDER**

07 Civ. 5751 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/09

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        Plaintiff's First Motion for Order to Compel Discovery Compliance, filed with this Court on November 9, 2009, is hereby denied. Plaintiff is directed to comply with this Court's Individual Rules and Procedures Rule B.2., governing discovery motions. Specifically, plaintiff is directed to submit a letter to the Court not exceeding three pages describing the discovery dispute.

        The Clerk of the Court is directed to close this motion (Docket No. 30).

1

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         November 19, 2009

## - Appearances -

**Plaintiff (Pro Se):**

Alberto Nieves
53224-054
U.S. Penitentiary McCreary
PO Box 3000
Pine Knot, Kentucky 42635


**For Defendants:**

Diep Nguyen
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
(212) 341-9848